No. 90–769.   Renne, San Francisco City Attorney, et al. v. Geary et al.   C. A. 9th Cir.   Motion of California Judges Association for leave to file a brief as *amicus curiae* granted.   Certiorari granted.

No. 90–6282.   Touby et ux. v. United States.   C. A. 3d Cir.   Motion of petitioners for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 89–6214.   Socorro Pardo et al. v. United States. C. A. 9th Cir.   Certiorari denied.

No. 89–7332.   Mitzel v. Ohio.   Ct. App. Ohio, Trumbull County.   Certiorari denied.

No. 90–205.   Gerstin et al. v. Spann et al.   C. A. D. C. Cir.   Certiorari denied.

No. 90–435.   Hammond v. United States.   C. A. 11th Cir. Certiorari denied.

No. 90–453.   Doremus v. United States; and
No. 90–466.   Doremus v. United States.   C. A. 9th Cir. Certiorari denied.   Reported below: 888 F. 2d 630.

No. 90–486.   Saylor et al. v. Oregon et al.   Ct. App. Ore. Certiorari denied.

No. 90–493.   Conger et al. v. International Brotherhood of Electrical Workers, Local 199, AFL–CIO, et al. C. A. 11th Cir.   Certiorari denied.

No. 90–504.   Fleet Factors Corp. v. United States. C. A. 11th Cir.   Certiorari denied.

No. 90–563.   Swan et vir v. Washington.   Sup. Ct. Wash. Certiorari denied.